# JS-6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID M. VIERA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>EASTPOINT RECOVERY<br>GROUP, INC.,<br><br>　　　　　Defendant. | Case No. 8:20-cv-01958-JLS-ADS<br><br>**ORDER ON NOTICE OF ACCEPTANCE OF EASTOINT RECOVERY GROUP, INC.'S RULE 68 OFFER OF JUDGMENT** |

DAVID M. VIERA ("Plaintiff") having filed with this Court his Notice of Acceptance of EASTPONT RECOVERY GROUP, INC.'S ("Defendant") Offer of Judgment, and the Clerk of the Court having reviewed same, hereby ORDERED.

1. Judgment is entered in favor of Plaintiff, David M. Viera, and against Defendant in the amount of $2,001.01, excluding attorney's fees and costs.

Dated: December 10, 2020_____

　　　　　　　　　　　　　　　/s/ Melissa H. Kunig_____
　　　　　　　　　　　　　　　Judge, U.S. Deputy Clerk

1